# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

| | |
|---|---|
| WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIGO RMS, LLC,<br><br>Defendant. | No. 1:22-cv-00766-LCB-JLW |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action, by and through their undersigned counsel, hereby stipulate that this action is dismissed with prejudice, with each party to bear its own costs and expenses.

This the 22nd day of February, 2023.

| | |
|---|---|
| /s/ Patrick H Hill | /s/ Jeffrey S. Southerland |
| Jonathan C. Krisko | Jeffrey S. Southerland |
| N.C. State Bar No. 28625 | N.C. State Bar No. 34221 |
| jkrisko@robinsonbradshaw.com | jsoutherland@tuggleduggins.com |
| Patrick H. Hill | Brandy L. Mansouraty |
| N.C. Bar No. 57755 | N.C. State Bar No. 41447 |
| phill@robinsonbradshaw.com | Email: bmansouraty@tuggleduggins.com |
| ROBINSON, BRADSHAW & HINSON, P.A. | TUGGLE DUGGINS P.A. |
| 101 North Tryon Street, Suite 1900 | P.O. Box 2888 |
| Charlotte, NC 28246 | Greensboro, NC 27402 |
| Telephone: 704-377-2536 | Telephone: 336-378-1431 |
| | Facsimile: 336-274-6590 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing Stipulation of Dismissal on all counsel of record by filing the same with the CM/ECF electronic filing system.

This the 22nd day of February, 2023.

/s/ Patrick H. Hill
Patrick H. Hill

*Attorney for Plaintiff*
